[No. 4857–4–II. Division Two. May 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. STANLEY M. MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 5105, Gerald B. Chamberlin, J., entered June 27, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 4662–8–II. Division Two. May 19, 1982.]

LOWELL WEDEMEYER, *as Personal Representative, Respondent,* v. PAUL M. LAPORTA, ET AL, *Appellants.*

WESLEY A. YOUNGQUIST, *Appellant,* v. PAUL M. LAPORTA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 832704, Barbara Durham, J., entered December 4, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Jacques, J. Pro Tem.

[No. 4452–1–III. Division Three. May 18, 1982.]

*In the Matter of the Marriage of* BONNY E. RUSCHMEYER, *Respondent, and* TERRY D. RUSCHMEYER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80–3–00468–1, Cameron K. Hopkins, J. Pro Tem., entered February 11, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.